# United States Court of Appeals

For the Eleventh Circuit

No. 00-15710

District Court Docket No.
98-02365-CV-T-27C

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Dec 17, 2001

THOMAS K. KAHN
CLERK

CAM-JO, INC., a Florida corporation,

Plaintiff-Appellee-
Cross-Appellant,

versus

ST. PETE TAXI, INC., a Florida corporation,
TERRY E. KURMAY, an individual,
YELLOW CAB OF TAMPA BAY, INC.,

Defendants-Appellants-
Cross-Appellees.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Middle District of Florida

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached 11th Cir. R. 36-1 affirmance without opinion included herein by reference, is entered as the judgment of this Court.

Entered: December 17, 2001
For the Court: Thomas K. Kahn, Clerk
By: McCombs, Elaine

ISSUED AS MANDATE
FEB 2 0 2002
U.S. COURT OF APPEALS
ATLANTA, GA

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 1 7 2001
THOMAS K. KAHN
CLERK
```

No. 00-15710

District Court No. 98-02365 CV-T-27C

CAM-JO, INC., a Florida corporation,

           Plaintiff-Appellee-Cross-Appellant,

versus

ST. PETE TAXI, INC., a Florida corporation,
TERRY E. KURMAY, an individual,
YELLOW CAB OF TAMPA BAY, INC.,

           Defendants-Appellants-Cross-Appellees.

Appeals from the United States District Court
for the Middle District of Florida

(December 17, 2001)

Before WILSON, HILL and FAY, Circuit Judges.

PER CURIAM:

AFFIRMED. See 11th Cir. R. 36-1.[1]

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

[1] 11th Cir. R. 36-1 provides:
When the court determines that any of the following circumstances exist:
    (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
    (b) the evidence in support of a jury verdict is sufficient;
    (c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
    (d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
    (e) judgment has been entered without a reversible error of law;
and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.

2